Roger NELSON, Respondent,

v.

JOHNSON BUILDERS AND DEVEL-
OPERS and State Farm Group,
Employer and Insurer,

and

Fullerton Building Systems and CNA
Insurance Company, Employer
and Insurer,

and

Fullerton Building Systems and
U.S.F. & G., Relators,

and

HealthPartners, Inc., and Prairie
Rehabilitation Services,
Intervenors.

No. C5–01–1451.

Supreme Court of Minnesota.

Nov. 13, 2001.

Mark W. Shepherd, Worthington, for re-
spondent/employee-Roger Nelson.

Douglas J. Brown, Minneapolis, for Em-
ployer/Insurer-Johnson Builders & Devel-
opers and State Farm Froup.

Philip C. Warner, Minneapolis, for Em-
ployer/Insurer-Fullerton Building Systems
and CNA Companies.

Terry B. Lewis, Bloomington, for Rela-
tors-Fullerton Building Systems and
U.S.F.&G.

Mark L. Laschansky, Minneapolis, Pro
se for Intervenor-Health Partners, Inc.

LeAnn Schweback, Sioux Falls, SD, Pro
se for Intervenor-Prarie Rehabilitation.

ORDER

Based upon all the files, records and
proceedings herein,

IT IS HEREBY ORDERED that the
decision of the Workers' Compensation
Court of Appeals filed July 30, 2001, be,
and the same is, affirmed without opinion.
*See* Minn. R. Civ.App. P. 136.01, subd.
1(b).

Employee is awarded $600 in attorney
fees.

BY THE COURT:
James H. Gilbert
Associate Justice